NEW YORK COUNTY.—HON. D. G. ROLLINS, SURRO-GATE.—May, 1883.

## JOEL v. RITTERMAN.

*In the matter of the judicial settlement of the account of ISRAEL RITTERMAN, and another, executors of the will of AMELIA WILSON, deceased.*

An execution issued under Code Civ. Pro., § 2554, upon the decree of a Surrogate's court, issues as of course, without leave of the Surrogate. Section 1825 of that Code is inapplicable to such a case.

APPLICATION by Louise Joel for leave to issue execution upon a Surrogate's decree in her favor directing respondent to pay her legacy; a transcript of which decree had been filed in the office of the county clerk.

GEO. P. AVERY, *for petitioner.*

WM. KING HALL, *for respondent.*

THE SURROGATE.—The recent decision of the Court of Appeals, in the Matter of Dissosway (*91 N. Y., 235*), seems to establish that the proper procedure applicable to the issue of execution herein is that which is prescribed by the Code.

In filing a transcript of the decree, therefore, and in docketing the same, this applicant has pursued the cor-

rect practice.    But he does not need to obtain leave of the Surrogate before asserting his right to issue execution.    Section 1825 of the Code is inapplicable to such a case as the present, where, by § 2554, execution must issue as of course.